IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WENDY LEA HOWARD,

      Appellant,

  v.

Case No. 5D22-678
LT Case No. 2020-CF-007310-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 6, 2022

Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Matthew J. Metz, Public Defender, and
Steven N. Gosney, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.